AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Devin McNulty<br><br>*Defendant* | Case: 1:23-mj-00101<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 05/10/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Devin McNulty_____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in a Capitol Building or on Capitol Grounds

Date: __05/10/2023__

*Issuing officer's signature*

Zia M. Faruqui
2023.05.10 15:03:48
-04'00'

City and state: ___Washington, D.C.___      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* __05/10/2023__ , and the person was arrested on *(date)* __06/13/2023__
at *(city and state)* __Atlanta, Georgia__ .

Date: __06/13/2023__

*Arresting officer's signature*

Jessi Mann, Special Agent
*Printed name and title*