IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,

versus

Devin McNulty.

Criminal Action Number
1:23-mj-101-ZMF

## Notice of Appearance

Colin M. Garrett of the Federal Defender Program, Inc., hereby files notice of his appearance as counsel for Devin McNulty in the above-captioned case.

Dated: This 5th day of July, 2023.

Respectfully submitted,

/s/ *Colin Garrett*

Georgia State Bar No. 141751
Attorney for Devin McNulty

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
Colin_Garrett@fd.org

1